# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LETHA F. BARNES** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 03-0850-CG-M |
| | ) |
| **CROWNE INVESTMENTS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date granting summary judgment in favor of defendant, it is **ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this the 16th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE